■ BOCK ENTERPRISES, INC., Respondent, v KELVIEW, INC., Appellant.—

Present—Dillon, P. J., Doerr, Lawton, Davis and Lowery, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALONZO CLEMONS, Appellant.—

We have reviewed defendant's other contention and conclude that it is without merit. Present—Denman, J. P., Callahan, Pine, Balio and Lawton, JJ.

■ TIMOTHY McCLUSKY, Respondent, v GARY POOLS SALES AND SERVICES, INC., et al., Defendants, and RECREATIONAL DISTRIBUTORS WAREHOUSE, INC., et al., Appellants. (And Third-Party Actions.)—

Present—Denman, J. P., Green, Pine, Balio and Lawton, JJ.